# Court of Appeals
# of the State of Georgia

ATLANTA, November 09, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0676. CHRISTOPHER W. GRAY v. MEADOW TRACE HOMEOWNERS ASSOCIATION, INC.**

Defendant Christopher W. Gray filed this direct appeal from the trial court's order denying his claim in this garnishment action. Appeals in cases involving garnishment, however, must be initiated by an application for discretionary appeal filed with this Court. OCGA § 5-6-35 (a) (4); *Maloy v. Ewing*, 226 Ga. App. 490, 491 (486 SE2d 708) (1997). Because Gray failed to follow the required procedure, this appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 11/09/2017
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*